IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) COURT NO. |
| v. | ) 03-40012-001 |
| | ) |
| Natasha A. Nilsson, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF MONETARY JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

DATE: January 11, 2005

s/Elizabeth L. Collins
_____
By:    Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Telephone: 217-492-4450
Fax: 217-492-4888
E-mail: Beth. Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

        Natasha A. Nilsson
        106 ½ N. State St.
        Geneseo, IL 61254

January 11, 2005

        s/Elizabeth L. Collins
        _____
By:    Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorneys Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Telephone: 217-492-4450
        Fax: 217-492-4888
        E-Mail: Beth.Collins@usdoj.gov